IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**FIRST FAMILY FINANCIAL SERVICES, INC. and
ASSOCIATES FIRST CAPITAL CORPORATION,**            **PLAINTIFFS,**

**VS.**            **CIVIL ACTION NO. 3:04CV80-P-A**

**SHERRY D. MOORE,**            **DEFENDANT.**

**CONSOLIDATED WITH**

**DORIS SELMON, ET AL.,**            **PLAINTIFFS,**

**VS.**            **CIVIL ACTION NO. 2:03CV108-P-A**

**FIRST FAMILY FINANCIAL SERVICES, ET AL.,**            **DEFENDANTS.**

**ORDER**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiffs First Family Financial Services, Inc. and Associates First Capital Corporation's Motion for Summary Judgment [12-1] pending in *First Family Financial Services, Inc. et al. v. Sherry D. Moore*, Cause Number 3:04cv80-P-A is hereby **GRANTED**; accordingly,

(2) The claims of Sherry D. Moore against First Family Financial Services, Inc. and Associates First Capital Corporation in *Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **COMPELLED TO ARBITRATION**; and

(3) The claims Sherry D. Moore against First Family Financial Services, Inc. and

1

Associates First Capital Corporation in *Selmon, et al. v. First Family Financial Services, et al.*, Cause Number 2:03CV108-P-A are **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED** this the 15th day of July, A.D., 2005.

                                      /s/ W. Allen Pepper, Jr.
                                      W. ALLEN PEPPER, JR.
                                      UNITED STATES DISTRICT JUDGE